IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Neil Loeffler,<br><br>    Plaintiff,<br><br>v.<br><br>David Shinn, *et al.*,<br><br>    Defendants. | No. CV-21-00531-PHX-JJT (JZB)<br><br>**ORDER** |

    Before the Court is the Report and Recommendation (Doc. 16, "R&R") submitted in this matter by United States Magistrate Judge John Z. Boyle, recommending that this matter be dismissed without prejudice for failure to prosecute. On August 4, 2022, the Court issued an order giving Plaintiff until August 26, 2022, to either return to the Clerk of Court a completed service packet for Defendant Town or show cause why the matter should not be dismissed for failure to comply with the Court Order. Plaintiff did not respond, timely or at any point after the August 26 deadline. The Court concludes that on the merits, there is no alternative but to order this matter dismissed without prejudice.

    The Court also notes that, pursuant to *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003), the Court may deem Plaintiff's right to *de novo* review of the R&R by this Court waived because the Plaintiff failed to file any objection to the R&R, either timely or otherwise. Under either avenue, the Court will adopt the R&R, and dismiss the matter without prejudice.

    **IT IS ORDERED** adopting the R&R (Doc. 16) submitted by Judge Boyle in this matter.

    **IT IS FURTHER ORDERED** dismissing without prejudice the Complaint and ordering the Clerk of Court to terminate this matter.

    Dated this 7th day of February, 2023.

                                    Honorable John J. Tuchi
                                    United States District Judge